**FILED**

JUN 19 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONCRIEF, | No. C 15-2023 LHK (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNKNOWN, | |
| Defendant. | |

On May 5, 2015, plaintiff, a California prisoner, filed a letter complaining about the medical treatment at California Health Care Facility in Stockton, California. That same day, the Clerk sent plaintiff a notice that he must submit a complaint within twenty-eight days to avoid dismissal of the action. On May 26, 2015, plaintiff filed a letter stating that he did not intend to file a formal complaint when he sent the May 5, 2015 letter. Plaintiff requests that the case be dismissed.[1]

Plaintiff may voluntarily dismiss his complaint without order of this court by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(i). Here, plaintiff's letter filed May 26, 2015, is construed as a notice of dismissal. This case is **DISMISSED** without prejudice.

Because this case was opened in error, no filing fee is due. The Clerk shall terminate all

---

[1] On June 8, 2015, the case was re-assigned to the undersigned judge after plaintiff failed to consent to magistrate judge jurisdiction.

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Moncrief023voldism.wpd

1 | pending motions and deadlines and close the file.

2 |     IT IS SO ORDERED.

3 | DATED: 6/17/2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Moncrief023voldism.wpd    2